STATE v. DAVIDSON

No. 519P98

Case below: 131 N.C. App. 276

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

STATE v. DAYAN

No. 384A95-4

Case below: Greene County Superior Court

Motion by defendant, by and through next friends Marshall Dayan and Connie Robinson, for stay of execution denied 26 March 1999. Petition by defendant, by and through next friends Marshall Dayan and Connie Robinson, for writ of certiorari to review the order of the Superior Court, Greene County, denied 26 March 1999.

STATE v. FRYE

No. 511A93-2

Case below: Catawba County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Catawba County, denied 8 April 1999.

STATE v. GARY

No. 65P99

Case below: 132 N.C.App. 40

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

STATE v. JAMES

No. 117A99

Case below: 132 N.C.App. 398

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 April 1999.